**People of the State of Illinois, Plaintiff-Appellee, v. Harold L. Brown, Defendant-Appellant.**

**Gen. No. 53,393.** 

First District, Third Division.

May 7, 1970.

Rehearing denied May 28, 1970.

Wil-
liam A. Cain, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Michael Scott Cisney, and Lawrence C. Bolon, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.